SCOTT, Respondent, v. SPENCER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Alexander J. Scott, as administrator, etc., of Joseph J. Scott, deceased, against Nina Spencer and others.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG, P. J., not voting.

SCUDDER, Respondent, v. KENNAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Townsend Scudder against John C. Kennahan. No opinion. Interlocutory judgment affirmed, with costs.

SEELEY et al., Respondents, v. OSBORNE, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Lewis S. Seeley and another against Dean C. Osborne.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.

SEELEY et al., Respondents, v. OSBORNE, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Lewis S. Seeley and another against Dean C. Osborne. No opinion. Motion for reargument denied, with costs.

SEIFFERT, Appellant, v. BUNGER, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Herman Seiffert against William Bunger. H. J. Hindes, for appellant. J. E. Ruston, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SELNER, Appellant, v. HELFSTEIN, Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Gustave Selner against Max Helfstein. No opinion. Order of the Municipal Court reversed, with $10 costs and disbursements, and judgment modified, by striking out the provision therein "on the merits," and, as modified, affirmed, without costs.

In re SEXTON. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) In the matter of the application of Michael A. Sexton for admission to the bar. No opinion. Application granted.

SHEEHAN v. MARTIN et al. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Dennis E. Sheehan against Joseph Martin and another. No opinion. Motion denied, with $10 costs. Order filed.

SHEFTMAN, Respondent, v. SCHREIBER, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Aaron Sheftman against Isaac Schreiber. No opinion. Motion denied. See memorandum in Moellhausen v. Lipschitz (filed herewith) 107 N. Y. Supp. 1137.

SHERWOOD, Appellant, v. RULON, Respondent. (Supreme Court, Appellate Division, Second Department. December 6, 1907.) Action by M. Cecilia Sherwood, as trustee, etc., against Carrie M. Rulon.

PER CURIAM. This motion will be disposed of when the appeal comes up for argument.

SIGRETTO, Respondent, v. NATIONAL TRADING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Joseph Sigretto against the National Trading Company. No opinion. Judgment and order affirmed, with costs.

SIMPSON, Respondent, v. McBERTY, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Howard S. Simpson against Frank S. McBerty. S. Davis, for appellant. E. S. Griffing, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SKELLY, Respondent, v. CATHOLIC WOMEN'S BENEVOLENT LEGION, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by George E. Skelly against the Catholic Women's Benevolent Legion. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Respondent, v. HAFKE, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by James H. Smith against Frederick Hafke. No opinion. Judgment affirmed, with costs.

SMITH, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by Ralph T. Smith, as administrator, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event. Held, that the case should have been submitted to the jury.

McLENNAN, P. J., dissents.

SOMMERS, Respondent v. BROOKLYN CEDAR WARE WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Bernard Sommers, by Kate Sommers, his guardian ad litem, suing as a poor person, against the Brooklyn Cedar Ware Works. No opinion. Judgment and order unanimously affirmed, with costs.

SOUVENIR POST CARD CO., Appellant, v. BANGERT, Respondent. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by the Souvenir Post Card Company against Louis Bangert. No opinion. Judgment of the Municipal Court affirmed, with costs.